**Order filed July 29, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00341-CV

———————

### RICHARD ST. GERMAIN, Appellant

### V.

### ENHUI ST. GERMAIN, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2014-15779**

## O R D E R

Appellant's brief was due July 16, 2014. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 28, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM